STATE OF MINNESOTA

IN SUPREME COURT

A15-1316



FILED

January 25, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
John Nwabuwane Akwuba, a Minnesota Attorney,
Registration No. 0280446.

ORDER

In an order filed on November 13, 2015, we suspended respondent John Nwabuwane Akwuba from the practice of law for a minimum of 60 days, effective 14 days from the date of the filing of the order. On November 25, 2015, we issued an order amending the conditions of probation to which respondent would be bound upon reinstatement. Respondent has filed an affidavit seeking reinstatement in which he states that he has fully complied with the terms of the suspension order, except for successful completion of the professional responsibility portion of the state bar examination. The Director of the Office of Lawyers Professional Responsibility does not oppose the request.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Effective January 26, 2016, Respondent John Nwabuwane Akwuba is conditionally reinstated to the practice of law in the State of Minnesota, subject to his successful completion of the professional responsibility portion of the state bar

1

examination, and is placed on disciplinary probation for 2 years subject to the following terms and conditions:

(a)  Respondent shall cooperate fully with the Director's Office in its efforts to monitor compliance with this probation. Respondent shall promptly respond to the Director's correspondence by its due date. Respondent shall provide the Director with a current mailing address and shall immediately notify the Director of any change of address. Respondent shall cooperate with the Director's investigation of any allegations of unprofessional conduct that may come to the Director's attention. Upon the Director's request, respondent shall provide authorization for release of information and documentation to verify respondent's compliance with the terms of this probation;

(b)  Respondent shall abide by the Minnesota Rules of Professional Conduct;

(c)  Respondent shall be supervised by an attorney with the Director's Office to monitor respondent's compliance with the terms of this probation;

(d)  Respondent shall maintain law office and trust account books and records in compliance with Minn. R. Prof. Conduct 1.15 and Appendix 1. These books and records include the following: client subsidiary ledger, checkbook register, monthly trial balances, monthly trust account reconciliation, bank statements, canceled checks, duplicate deposit slips and bank reports of interest, service charges, and interest payments to the Minnesota IOLTA Program. Such books and records shall be made available to the Director within 30 days from the date of the filing of this order and thereafter shall be made available to the Director at such intervals as he deems necessary to determine compliance; and

(e)  If after 1 year the Director, in his sole discretion, determines that probation is no longer necessary to ensure that respondent is compliant with his obligations under Minn. R. Prof. Conduct 1.15 and Appendix 1, the Director may request that probation be terminated by filing a stipulation for termination of probation.

2.  By November 25, 2016, respondent shall comply with Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR), by filing with the Clerk of Appellate Courts and serving upon the Director proof of respondent's successful completion of the

2

professional responsibility portion of the state bar examination. Failure to do so shall result in automatic re-suspension pending proof of successful completion of the examination, pursuant to Rule 18(e)(3), RLPR.

Dated: January 25, 2016

BY THE COURT:

David R. Stras
Associate Justice